

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-28-2003

# USA v. Mussayev

Precedential or Non-Precedential: Precedential

Docket No. 02-1924P

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Mussayev" (2003). *2003 Decisions.* Paper 305.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/305

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
August 8, 2003

No. 02-1924

UNITED STATES OF AMERICA

v.

ALEX MUSSAYEK
Tsion "Alex" Mussayek, Appellant

(NJ-Trenton Criminal No. 00-cr-00180)

Present: SLOVITER, RENDELL and STAPLETON, Circuit Judges.

1) Letter dated 8/8/03 which the Court may wish to construe as a Motion by Appellee, USA, to amend opinion.

_Gayle Burr_
Gayle Burr 267-299-4921
Case Manager

**Published signed opinion affirming entered on 8/6/03;
Mandate is due to issue on 8/28/03; response due on 8/25/03.**

_____ **O R D E R** _____

The foregoing motion is GRANTED and the opinion, in the above referenced case, entered on August 6, 2003, is amended as follows:

The second sentence in footnote 2 is hereby deleted and replaced by the following sentence: "The jury was hung as to those charges, but we are concerned here only with the charges related to extortion."

By the Court,

Circuit Judge

Dated: AUG 28 2003

cc: CMK
A DAS
GSL
TO